Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants AquaWorks Construction Inc.,*
*Randy Wilmeth and Kim Hollenbeck*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>AQUAWORKS CONSTRUCTION INC., a Colorado corporation; RANDY WILMETH, an individual; and KIM HOLLENBECK, an individual,<br><br>                    Defendants. | Case No.   2:23-cv-01131-MMD-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Defendants AquaWorks Construction, Inc. ("AquaWorks"), Randy Wilmeth ("Wilmeth") and Kim Hollenbeck ("Hollenbeck") (collectively, "Defendants"), by and through their undersigned counsel, and Plaintiff Aquatech Corporation d/b/a United Aqua Group ("Plaintiff"), by and through its undersigned counsel, hereby stipulate and agree, subject to this Court's approval, as follows:

WHEREAS, Plaintiff filed its Complaint initiating this matter on July 19, 2023;

WHEREAS, Defendants were served with the Summons and Complaint on July 31, 2023;

///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

WHEREAS, Wilmeth and Hollenbeck are residents of the State of Colorado, and AquaWorks is a Colorado corporation principally doing business in the State of Colorado;

WHEREAS, after being served with the Summons and Complaint, Wilmeth and Hollenbeck were travelling on a trip planned prior to the initiation of this lawsuit which delayed their ability to identify, interview and retain legal counsel in Nevada, a State in which AquaWorks does not regularly conduct business;

WHEREAS, the undersigned counsel for Defendants was retained on Friday, August 18, 2023, and the current deadline to file a responsive pleading to the Complaint is Monday, August 21, 2023;

WHEREAS, Plaintiff has agreed to provide the Defendants up to and including September 5, 2023, to respond to Plaintiff's Complaint; and

WHEREAS, this is the first request filed with this Court to extend the time for the Defendants to respond to Plaintiff's Complaint and Defendants have requested the extension in good faith and not to delay this matter.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to extend the deadline for Defendants to file a responsive pleading to the Complaint until September 5, 2023.

DATED this 21st day of August, 2023.

SEMENZA KIRCHER RICKARD

/s/ Christopher D. Kircher
Christopher D. Kircher, Esq., Bar No. 11176
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
10161 Park Run Drive, Suite 150

*Attorneys for Defendants AquaWorks Construction Inc., Randy Wilmeth and Kim Hollenbeck*

DATED this 21st day of August, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Benjamin Struby
John Bragonje, Esq., Bar No. 9519
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, Nevada 89169
-and-
Benjamin Struby, Esq.,
(*pro hac vice forthcoming*)
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108-2618

*Attorneys for Plaintiff*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/22/2023