Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants AquaWorks Construction Inc.,
Randy Wilmeth and Kim Hollenbeck*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AQUAWORKS CONSTRUCTION INC., a Colorado corporation; RANDY WILMETH, an individual; and KIM HOLLENBECK, an individual,<br><br>Defendants. | Case No.   2:23-cv-01131-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(Third Stipulation)** |

Defendants AquaWorks Construction, Inc. ("AquaWorks"), Randy Wilmeth ("Wilmeth") and Kim Hollenbeck ("Hollenbeck") (collectively, "Defendants"), by and through their undersigned counsel, and Plaintiff Aquatech Corporation d/b/a United Aqua Group ("Plaintiff"), by and through its undersigned counsel, hereby stipulate and agree, subject to this Court's approval, as follows:

WHEREAS, Plaintiff filed its Complaint initiating this matter on July 19, 2023;

WHEREAS, Defendants were served with the Summons and Complaint on July 31, 2023;

WHEREAS, Wilmeth and Hollenbeck are residents of the State of Colorado, and AquaWorks is a Colorado corporation principally doing business in the State of Colorado;

1

WHEREAS, after being served with the Summons and Complaint, Wilmeth and Hollenbeck were travelling on a trip planned prior to the initiation of this lawsuit which delayed their ability to identify, interview and retain legal counsel in Nevada, a State in which AquaWorks does not regularly conduct business;

WHEREAS, the deadline to file a responsive pleading to the Complaint was Monday, August 21, 2023;

WHEREAS, Plaintiff agreed to provide the Defendants up to and including September 5, 2023, to respond to Plaintiff's Complaint;

WHEREAS, on August 22, 2023, the Court granted the parties first stipulation to extend the time for Defendants to respond to the Plaintiff's Complaint on September 5, 2023 (ECF No. 12);

WHEREAS, the parties have had discussions and are exchanging information and documents in hopes of coming to an early resolution of this lawsuit, which requires additional time to continue such discussions and exchange information/documents;

WHEREAS, on September 5, 2023, the Court granted the parties second stipulation to extend the time for Defendants to respond to the Plaintiff's Complaint up to and including September 26, 2023 (ECF No. 14);

WHEREAS, the parties are still in the process of exchanging information/documents in hopes of negotiating an early resolution of this lawsuit;

WHEREAS, the parties have agreed to an additional two-week extension for Defendants to respond to Plaintiff's Complaint in order to facilitate the settlement discussions;

WHEREAS, this is the third stipulation filed with this Court to extend the time for the Defendants to respond to Plaintiff's Complaint and the stipulation is made in good faith and not to delay this matter;

///

///

///

///

ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to extend the deadline for Defendants to file a responsive pleading to the Complaint up to and including October 10, 2023.

DATED this 26th day of September, 2023.                    DATED this 26th day of September, 2023.

SEMENZA KIRCHER RICKARD                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Christopher D. Kircher*                               */s/ Benjamin Struby, Esq.*
Christopher D. Kircher, Esq., Bar No. 11176                John Bragonje, Esq., Bar No. 9519
10161 Park Run Drive, Suite 150                            3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, Nevada 89145                                    Las Vegas, Nevada 89169
                                                           -and
                                                           Benjamin Struby, Esq.
                                                           (*pro hac vice forthcoming*)
                                                           2345 Grand Blvd., Ste. 2200
*Attorneys for Defendants AquaWorks*                       Kansas City, MO 64108-2618
*Construction Inc., Randy Wilmeth*
*and Kim Hollenbeck*                                       *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 9/27/2023