John Bragonje (SBN 9519)
e-mail: JBragonje@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:      702.949.8200
Fax:      702.949.8398

Benjamin Struby (Admitted *pro hac vice*)
e-mail: Benjamin.Struby@LathropGPM.com
**LATHROP GPM LLP**
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
Tel:      816.460.5758

*Attorneys for Plaintiff*

Christopher D. Kircher (SBN 11176)
e-mail:  CDK@kircherlawfirm.com
**THE KIRCHER LAW FIRM, PLLC**
2831 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel:      702.508.6788
Fax:      702. 297-6509

*Attorneys for Defendants AquaWorks Construction Inc., Randy Wilmeth and Kim Hollenbeck*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AQUAWORKS CONSTRUCTION INC., a Colorado corporation; RANDY WILMETH, an individual; and KIM HOLLENBECK, an individual,<br><br>Defendants. | Civil Case No. 23-cv-01131-MMD-DJA<br><br><br>**ORDER GRANTING STIPULATION  FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |

Plaintiff, Aquatech Corporation, d/b/a United Aqua Group, and Defendants Aquaworks Construction Inc., Randy Wilmeth and Kim Hollenbeck (collectively, the "**Parties**"), by and through their undersigned counsel, hereby stipulate to an entry of Dismissal With Prejudice of Plaintiff's claims in the above-entitled litigation.

1    The Parties further stipulate that they will each bear their respective costs and attorney's

2    fees.

3

4    IT IS SO STIPULATED.

5    DATED May 2, 2024.

6

7    **LATHROP GPM LLP**                          **THE KIRCHER LAW FIRM, PLLC**

8    */s/ Benjamin Struby*                        */s/ Christopher D. Kircher*
     Benjamin Struby*                             Christopher D. Kircher (SBN 11176)

9    e-mail: benjamin.struby@lathropgpm.com       e-mail: cdk@kircherlawfirm.com
     2345 Grand Blvd., Suite 2200                 2831 St. Rose Parkway, Suite 200

10   Kansas City, MO  64108-2618                  Henderson, Nevada 89052
     Tel:    816.460.5758                         Tel:    702.508.6788

11   Fax:    816.292.2001                         Fax:    702. 297-6509
     (*Admitted *Pro Hac Vice*)

12                                                *Attorney for Defendants AquaWorks
                                                  Construction Inc., Randy Wilmeth and*

13   John E. Bragonje (SBN 9519)                  *Kim Hollenbeck*
     LEWIS ROCA ROTHGERBER CHRISTIE LLP

14   e-mail: jbragonje@lrrlaw.com
     3993 Howard Hughes Pkwy, Suite 600

15   Las Vegas, NV 89169-5996
     Tel: 702.949.8200

16   Fax: 702.949.8398

17   *Attorneys for Plaintiff*

18

19                                               **IT IS SO ORDERED. The Clerk of Court is
                                                 directed to close this case.**

20

21                                               By:
                                                    _____

22                                               UNITED STATES DISTRICT JUDGE

23
                                                 Dated: _____5/3/2024_____
24

25

26

27

28